IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02468-BNB

JOE BENEVIDEZ,

Plaintiff,

v.

NURSE JANE DOE, Correctional Healthcare Mgt,
WELD COUNTY JAIL, Correctional Facility, and
NANCY KROLL, Inmate Services Director,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Joe Benevidez, initiated the instant action, he was in the custody of the Colorado Department of Corrections. On January 8, 2008, Plaintiff submitted to the Court a Letter indicating that as of December 18, 2007, he no longer is incarcerated and has been paroled to Greeley, Colorado.

Mr. Benevidez's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Benevidez will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the

remaining balance of $299.00 that he owes on the $350.00 filing fee to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Benevidez submit within thirty days from the date of this Order an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $299.00 balance of the $350.00 filing fee to pursue his claims in this action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Benevidez, together with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, used by nonprisoners in submitting an amended motion and affidavit. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order within thirty days the Complaint and action will be dismissed without further notice.
DATED February 8, 2008, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02468-BNB

Joe Benevidez
1917 Almond Avenue
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24** to the above-named individuals on 2/21/08

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk